COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Elizabeth Copeland v. Barry Copeland

Appellate case number:   01-14-00680-CV

Trial court case number: 2012-39055

Trial court:             311th District Court of Harris County

Appellant's Verified Unopposed Motion to Abate Appellant's Briefing Deadlines Pending Filing of the Supplemental Clerk's Record and Supplemental Reporter's Records and Alternative Motion for Extension of Time to File Brief of Appellant is **DISMISSED AS MOOT**, as the record has been completed.

Appellant's brief remains due December 5, 2014. TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: ___/s/ Rebeca Huddle
                   X  Acting individually   ☐ Acting for the Court


Date: November 25, 2014